# STATE OF WEST VIRGINIA
# SUPREME COURT OF APPEALS

**FILED**
**August 27, 2024**
C. CASEY FORBES, CLERK
SUPREME COURT OF APPEALS
OF WEST VIRGINIA

**Misa Amane,**
**Claimant Below, Petitioner**

**v.)**     **No. 23-322**  (JCN: 2021012068)
(ICA No. 22-ICA-304)

**Pas Parent, Inc.,**
**Employer Below, Respondent**


## MEMORANDUM DECISION


Petitioner Misa Amane appeals the April 10, 2023, memorandum decision of the Intermediate Court of Appeals of West Virginia ("ICA"). *See Amane v. Pas Parent, Inc.*, No. 22-ICA-304, 2023 WL 2861727 (W. Va. Ct. App. Apr. 10, 2023) (memorandum decision). Respondent Pas Parent, Inc. filed a timely response.[1] The issue on appeal is whether the ICA erred in affirming the November 15, 2022, decision of the West Virginia Workers' Compensation Board of Review, which affirmed the claim administrator's order granting no permanent partial disability.

The claimant asserts that she should be awarded at least 3% permanent partial disability. The employer maintains that the claimant points to no erroneous procedure, no arbitrary or capricious conclusions, and no abuse of discretion or jurisdictional error by the tribunals below.

This Court reviews questions of law de novo, while we accord deference to the Board of Review's findings of fact unless the findings are clearly wrong. Syl. Pt. 3, *Duff v. Kanawha Cnty. Comm'n*, No. 23-43, 2024 WL 1715166 (W. Va. Apr. 22, 2024). Upon consideration of the record and briefs, we find no reversible error and therefore summarily affirm. *See* W. Va. R. App. P. 21(c).

Affirmed.


**ISSUED: August 27, 2024**

---

[1] The petitioner is represented by counsel Reginald D. Henry and Lori J. Withrow, and the respondent is represented by counsel Jeffrey M. Carder.

**CONCURRED IN BY:**

Chief Justice Tim Armstead
Justice Elizabeth D. Walker
Justice John A. Hutchison
Justice William R. Wooton
Justice C. Haley Bunn